December 1, 1980.

445 A.2d 194

Rogovitz et al. v. Guiras Ind. et al.

Appeal of Potomac Insurance Company.

Reargument Denied Feb. 23, 1981.

Argued September 10, 1979. Charles W. Craven, for appellants at No. 2947 and for appellees at No. 5; Jerome M. Dubyn, for appellees at No. 2947 and for appellants at No. 5.

Before CERCONE, P.J., and WATKINS and LIPEZ, JJ.
Judgment and order affirmed.